IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JOSHUA TAYLOR,<br><br>Defendant. | CIVIL ACTION FILE<br><br>NUMBER 1:14-cr-229-TCB-2 |

## ORDER

This case comes before the Court on Magistrate Judge Russell G. Vineyard's Final Report and Recommendation (the "R&R") [113], which recommends granting the Government's motion [102] to preclude Defendant Joshua Taylor from offering expert testimony regarding any mental disease or defect. Taylor has filed objections to the R&R [116], and the Court heard from counsel for the Government and Taylor at an in-chambers hearing on May 12, 2016.

In light of Taylor's objections, the Court has carefully reviewed the R&R and given *de novo* consideration to the issues raised in the Government's motion. *See* 28 U.S.C. § 636(b)(1)(C). Having done so, for

the reasons expressed at the May 12 hearing and in Judge Vineyard's R&R, the Court adopts as its Order the R&R [113], overrules Taylor's objections thereto [116], and grants the Government's motion in limine [102].

IT IS SO ORDERED this 12th day of May, 2016.

_____
Timothy C. Batten, Sr.
United States District Judge